HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LANA LINGE,<br><br>                    Plaintiff,<br><br>    v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>                    Defendant. | No: 3:24-cv-05884-BJR<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW |

This matter came before the Court on the motion of Beau D. Harlan, Harlan Law Firm PS, attorney for Plaintiff Lana Linge, to withdrawal as counsel in this matter. The Court considered the motion and no responses or objections having been timely filed,

NOW THEREFORE:

It is ORDERED that Beau D. Harlan, Harlan Law Firm PS is withdrawn as attorney for Plaintiff Lana Linge and that Plaintiff shall be *pro se* in this matter at the present time.

ORDERED this 16th day of December 2024

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Harlan Law Firm PS
612 E. McLoughlin Blvd.
Vancouver, WA 98663
(360) 735-8200

ORDER GRANTING P'S COUNSEL'S MOTION TO WITHDRAW - 1

PRESENTED BY:

_____
Beau D. Harlan, WSBA No. 23924
Withdrawing Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system. Additionally, on the date given above I caused to be served the foregoing to the following individuals in the manner indicated:

<u>Via CM/ECF and Email</u>:

Kimberly A. Reppart
Dan L. Syhre
Forsberg & Umlauf, P.S.
901 Fifth Ave., Ste, 1400
Seattle, WA 98164
Phone: (206) 689-8500
Fax:    (206) 689-8501
Email: kreppart@foum.law
         dsyhre@foum.law

<u>Via Email, regular and certified mail</u>:

Lana Linge
11527 NE 126th Ave.
Vancouver, WA 98682
Email: lana_linge@yahoo.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 22nd of November, 2024 at Vancouver, WA.

Harlan Law Firm PS
612 E. McLoughlin Blvd.
Vancouver, WA 98663
(360) 735-8200

ORDER GRANTING P'S COUNSEL'S MOTION TO WITHDRAW - 2